**Order filed September 27, 2011**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-10-01206-CV

_____

**BORIS TWAIN CLEWIS, Appellant**

**V.**

**SCOTT K. BOATES, TEMPORARY ADMINISTRATOR WITH ANNEXED OF THE ESTATE OF REDELL CLEWIS, SR., DECEASED, Appellee**

**On Appeal from the Probate Court No 3**
**Harris County, Texas**
**Trial Court Cause No. 307,615-401**

## O R D E R

The clerk's record was filed December 15, 2010. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Intervention Pursuant to Rule 60 Tex.R.Civil Proc.and/or Opposition Pursuant to Tex Prob.Code Section 10 (w/8 Exhibits attached). The appellant represents that this document was filed in the case below on or about July 23, 2010.

The Harris County Harris Clerk is directed to file a supplemental clerk's record on or before October 07, 2011, containing Intervention Pursuant to Rule 60 Tex.R.Civil Proc.and/or Opposition Pursuant to Tex Prob.Code Section 10 (w/8 Exhibits attached). The appellant represents that this document was filed in the case below on or about July 23, 2010.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM